FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUL 01 2022

MITCHELL R. ELFERS
    CLERK

United States Supreme Court

Greetings

22cv489-DHU-GJF

My name is Arnold Mienga i am 85 yrs old. My apologies for this prolonged letter

I am ashamed for not recognizing on how they have deteriorated my civil rights. It has been discovered through my research of the state statutes of New Mexico that they are in Violation of state statute 29.11.A7.

Being incarcerated illegally for nine months with no bond, Denial of 10 Court Conferences. And no dependable Attorney to expect from him to exercise his Code of Ethics, take into account the already abuse of Justice. for being in this jail nine Months.

Onto all this I question what are the offensive approaches necessary for: I have been abused physically and mentally.

Furthermore it is necessary for me to savor my freedom freely, By exoneration of all arrests from 2004 to the present year of 2022.

I further ask how do I reveal that there are performances above the Law? And this performances reveal that State Statute 29.11.A7. is being used to keep me incarcerated. I desperately need legal assistance

Any references to get assistance

From the Public defenders is a futile matter it would just iniate further incarceration

Also truthfully I am suffering from all this Abuses since 2021 An inmate named Marcos Saenz spat on my face this person is being very harassive against me and others. Others can Verify this situation

My Apologies but I have to much to expose against M.D.C. I remain under fear, But determinatly I remain

Respectfully Arnold Meera

Arnold Mjera
C/o Bernalillo County Detention Center
100 Deputy Dean Miera Dr. SW
Albuquerque N.M. 87151

**RECEIVED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JUN 30 2022

MITCHELL R. ELFERS
CLERK

Legal
Priority Mail

ALBUQUERQUE NM   870

29 JUN 2022   PM 4   L



United States Court Clerk
333 Lomas Blvd
Albuquerque, New Mexico
87102

87102-227299